**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03346-REB

BLANCA FUENTES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

    Proceeding under D.C.COLO.LCivR 72.2(d), the parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) by filing a **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#14][1] on June 9, 2015. Thus, under D.C.COLO.LCivR 72.2(e), the civil action should be assigned to a magistrate judge.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That under D.C.COLO.LCivR 40.1(a) and (b) this action shall be co-assigned to a full-time magistrate judge;

    2. That the case caption shall include the initials of both the district judge and the magistrate judge to whom the case is assigned; and

    3. That once a magistrate judge has been co-assigned, this court will issue an order of reference under D.C.COLO.LCivR 72.2(e) assigning the action to the

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

magistrate judge then currently assigned to the case.

Dated June 11, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge